# IN THE UNITED STATES COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | §  |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. 4:23-CV-02350 |
| NINE FINANCIAL ACCOUNTS, SIX REAL PROPERTIES, AND SIX VEHICLES, | § |
| Defendant Properties. | § |

## VERIFIED CLAIM OF ROBERT SIMPSON

Robert Simpson (Mr. Simpson), claimant, files this Verified Claim pursuant to Rule 5(G)(a) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure. As explained below, Mr. Simpson claims his interest in the Defendant Property and opposes its forfeiture.

1. The claimant making this Verified Claim is Mr. Simpson.

2. The Government filed a Verified Complaint for Civil Forfeiture on June 27, 2023. [Dkt. 1]. That Complaint named nine financial accounts, six real properties, and six vehicles as Defendants in the above-captioned action, all of which the Government seeks to have forfeited.

3. Mr. Simpson was served, through counsel, on August 8, 2023 with the Verified Complaint for Civil Forfeiture.

Verified Claim of Robert Simpson - Page 1

4. Mr. Simpson is the sole owner of the 2017 Blue Wave 2200 Pure Bay, Serial No. PWV13872F617, defendant *in rem* in the above-captioned case.

5. Mr. Simpson hereby claims the right to defend this action.

6. The Blue Wave has been purchased, funded, or otherwise obtained by legal means.

7. Mr. Simpson had no knowledge of the alleged fraudulent conduct. Furthermore, it had no reasonable cause to believe that its assets were or potentially could be subject to forfeiture.

8. This notice of claim is signed by Mr. Simpson, under penalty of perjury, pursuant to Title 28 U.S.C. § 1746.

9. Mr. Simpson contests the forfeiture of the claimed property and demands the restoration of any and all of his property rights and the rights to defend this action.

## Verification

I, Robert Simpson, verify and declare under penalty of perjury that I have read this Verified Claim, know its contents, and that the matters contained in it are true and correct to the best of my knowledge.

I verify under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of August, 2023.

*Robert Simpson*
Robert Simpson

State of Texas
County of Harris

Sworn and subscribed before me this 22 of August, 2023.

_____
Notary Public

ALEXIA MCWHINNEY
Notary Public, State of Texas
Comm. Expires 10-06-2024
Notary ID 132712741

ALEXIA MCWHINNEY
Notary Public, State of Texas
Comm. Expires 10-05-2024
Notary ID 132172343

Dated: August __, 2023

Respectfully submitted,

MCWHINNEY LAW FIRM PLLC

BY: */s/ Alexia McWhinney*
Alexia McWhinney
1337 W. 43rd Street, Suite B115
Houston, TX 77018
+1.713.331.5253 Telephone

*Counsel for Robert Simpson*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system on August __, 2023.

*/s/ Alexia McWhinney*
Alexia McWhinney