**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. 4:23-cv-2350** |
| | § | |
| **NINE FINANCIAL ACCOUNTS** | § | |
| **SIX REAL PROPERTIES,** | § | |
| **AND SIX VEHICLES,** | § | |
| | § | |
| **Defendants.** | § | |

**NOTICE OF SETTLEMENT**

The United States and Claimants Robert Simpson, Deborah Simpson, and Javen Sanchez give notice to the Court that they have reached a settlement in this matter. The parties propose to submit additional documentation to the Court resolving this matter within the next fourteen (14) days.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

*/s/ Brandon L. Fyffe*
Brandon L. Fyffe
SDTX Federal No. 3698129
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone (713) 567-9000
Fax: (713) 718-3300
Brandon.Fyffe@usdoj.gov

## CERTIFICATE OF SERVICE

Service on all attorneys of record will be automatically accomplished on July 16, 2025 through the notice of electronic filing.

*s/Brandon L. Fyffe*
Brandon L. Fyffe
Assistant U.S. Attorney