**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. 4:23-cv-2350** |
| | § | |
| **NINE FINANCIAL ACCOUNTS** | § | |
| **SIX REAL PROPERTIES,** | § | |
| **AND SIX VEHICLES,** | § | |
| | § | |
| **Defendants.** | § | |

## AMENDED ORDER OF DISMISSAL

Counsel for the United States has advised the Court that an amicable settlement has been reached in this action as to the following Claimants: Robert Simpson, Deborah Simpson, and Javen Sanchez. This case is hereby DISMISSED on the merits for the Defendant Properties claimed by those three parties, but remains active for all other Properties and Claimants. All motions currently pending for those parties are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed. It is so ORDERED.

SIGNED this _____13th_____ day of __August__, 2025.

_____
Alfred H. Bennett
United States District Judge